# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **RODNEY T. RAGINS,**<br><br>Plaintiff,<br><br>v.<br><br>**JLG INDUSTRIES, INC. and UNITED RENTALS (NORTH AMERICA), INC.,**<br><br>Defendants. | Civil Action: 5:10-CV-8 (HL) |

## ORDER

Before the Court is the parties' Consent Motion to Substitute Robert E. Herndon, as Administrator of the Estate of Rodney T. Ragins, as Plaintiff (Doc. 18). Mr. Ragins died on April 7, 2010, and Mr. Herndon has been named Administrator of Mr. Ragins' Estate. Mr. Herndon is the proper Plaintiff in this case. The Motion to Substitute (Doc. 18) is granted, and Robert E. Herndon, as Administrator of the Estate of Rodney T. Ragins, is substituted as the Plaintiff.

The Court notes that this case was stayed until August 7, 2010 so a new Plaintiff could be substituted. Since that has now occurred, the stay is lifted. The parties are to file their Rules 16 and 26 order no later than September 1, 2010.

**SO ORDERED**, this the 11th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh